FILED

June 02, 2009

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0001866956

2

DAVE M. McGRAW (State Bar No. 86389)
PATRICK K. McCLELLAN (State Bar No. 77352)
LAW OFFICES OF DAVE M. McGRAW
A Professional Corporation
2890 North Main Street, Suite 307
Walnut Creek, California 94597-2738
(925) 944-0206

Attorneys for Movant
WACHOVIA MORTGAGE, FSB
fka: World Savings Bank, FSB, its successors and/or assigns

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 09-12064 |
| | Chapter 7 |
| RICHARD KEVIN BELL and | Docket Control No.: DMM-1 |
| CONSTANCE M. BELL, | |
| fdba: Telstar Utilities Construction, Inc. | |
| dba: Beadgang | MOTION FOR RELIEF FROM STAY |
| | [Bankruptcy Rule 4001, |
| Debtors. | Local Rule 4001-1, 9014-1] |
| | |
| | |
| BETH MAXWELL STRATTON, | Date: June 30, 2009 |
| | Time: 1:30 p.m. |
| Trustee. | Judge: Whitney Rimel |
| | Ctrm: 11 |
| | Place: U.S. Bankruptcy Court |
| | 2500 Tulare Street, Fresno, CA |

TO THE COURT AND TO ALL INTERESTED PARTIES:

WACHOVIA MORTGAGE, FSB, will and hereby does move the court for an order

terminating the automatic stay provisions of 11 U.S.C. §362 and permitting Movant to continue to

exercise its lien enforcement rights under the deed of trust described in the accompanying

declaration and for attorney's fees incurred herein.

. . .

. . .

C:\MOTIONS\BELL\MOTION/ahED                1

1

2
Said motion is made on grounds that debtors' estate has no realizable equity in said real

property, that the property is not necessary for an effective reorganization of debtors herein, and that
3

4
Movant is not adequately protected.

5
Furthermore, Movant specifically seeks to nullify the effect of Bankruptcy Rule 4001 (a)(3).

6
This motion is based on the papers and pleadings on file herein, the attached Declaration of

7
Robert Martinez in Support of Motion for Relief From Stay, and the Relief From Stay Information

8
Sheet which is incorporated herein by reference.

9

10
Dated: June 2, 2009                                    LAW OFFICES OF DAVE M. McGRAW
11

12
                                                       BY:/s/ Dave M. McGraw
13                                                     DAVE M. McGRAW
                                                       Attorneys for Movant
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28